■ In the Matter of ROBERT J. NAPIERALA, Appellant, v GILLMAN J. LAEHY, as General Manager of the Buffalo Sewer Authority, et al., Respondents. — Judgment unanimously affirmed, without costs, for reasons stated at Special

Term, McGowan, J. (Appeal from judgment of Supreme Court, Erie County, McGowan, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Moule, JJ.